**United States Bankruptcy Court**
**District of South Dakota**

IN RE:                                                                                           Case No. _____

Christopherson, James David & Christopherson, Gloria Jean _____        Chapter **7** _____
                                          Debtor(s)

## DISCLOSURE OF COMPENSATION

1. Pursuant to 11 U.S.C. § 329(a), Fed.R.Bankr.P. 2016(b), and LBR 2016-1(a), I declare that within one year of the filing of the petition herein I have been paid the following compensation by Debtor for services rendered or to be rendered in contemplation of or in connection with the case.

   (a) Legal Fees:                                                $ _____ 1,000.00
   (b) Sales Tax, Filing Fee, Other Costs:                       + $ _____ 299.00
   (c) Total:                                                    = $ _____ 1,299.00
   (d) I have received:                                          − $ _____ 1,299.00
   (e) I am still owed:                                          = $ _____ 0.00

2. In return for the compensation set forth in ¶ 1(c) above, I have rendered or have agreed to render the following legal services (check all that apply):

   ☑ analyzing the debtor's financial situation and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   ☑ preparing and filing the debtor's petition, schedules, and statement of financial affairs; and

   ☑ representing the debtor at the meeting of creditors.

3. I have not shared or agreed to share my fees with anyone who is not a member or an associate of my law firm.

Dated: **January 13, 2011** _____        /s/ Katie Johnson _____
                                                        Katie Johnson 4033
                                                        Katie Johnson PLLC
                                                        P.O. Box 136
                                                        Beresford, SD  57004-0000
                                                        (605) 763-8013  Fax: (605) 763-8014
                                                        Katie.johnsonlaw@gmail.com

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only